JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MUSHARBASH,<br><br>Plaintiff,<br><br>v.<br><br>QBE INSURANCE CORPORATION,<br><br>Defendant. | Case No. ED CV 20-1923-DMG (SHKx)<br><br>**JUDGMENT** |

This Court having granted Defendant QBE Insurance Corporation's Motion to Dismiss with prejudice by Order dated May 20, 2021,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant and against Plaintiff William Musharbash.

DATED: May 20, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-